No. 27,498.

MARY SELLERS, *Appellant*, v. THE REICE CONSTRUCTION COMPANY,
*Appellee.*

(263 Pac. 784.)

## OPINION DENYING A REHEARING.

Appeal from Wyandotte district court, division No. 2; FRANK ,D. HUTCH-
INGS, judge. Opinion denying a rehearing filed February 11, 1928. (For origi-
nal opinion of affirmance see 124 Kan. 550, 262 Pac. 19.)

*J. H. Brady* and *T. F. Railsback*, both of Kansas City, for the appellant.

*A. L. Berger*, of Kansas City, and *J. W. Rogers*, of Kansas City, Mo., for
the appellee.

The opinion of the court was delivered by

BURCH, J.: A petition for rehearing contains the following, which
illustrates the method employed in presenting the grounds for re-
hearing:

"In the case at bar there was some occasion to move the car, connected with
the master's business, because it was one of the two obstructions in the high-
way. In the case at bar the foreman told the deceased to move it. It doesn't
matter how much he objected to giving the order, he gave up and acquiesced
in the wisdom of the suggestion made to him, and did give the order."

The record discloses that removal of the foreman's car bore no
relation whatever to the construction company's business. If the
car obstructed the highway, it was not the construction company's
affair, incidentally or otherwise.

The foreman did not tell the deceased to move the car, and gave
no order to the deceased to move the car. The record on this sub-
ject is conclusive. Two men, and only two, knew what passed be-
tween the foreman and the workman just before the car was moved.
These two were the foreman and the workman, and the workman
was killed in moving the car. The foreman testified definitely and
positively that he did not at any time order the workman to move
the car. Besides that, the foreman testified to what did occur, and
the facts furnished no foundation whatever for an inference of any-
thing resembling an order by the foreman directing the workman to
move the car.

The foregoing distinguishes this case from the case of *McDonnell
v. Swift & Co.*, 124 Kan. 327, 259 Pac. 695, in which the question, as
stated in the modified opinion, was whether the workman was di-

rected by his foreman to go to a particular place on a specific errand.

This court is bound by the record. The original opinion was based on the record, and correctly disposed of the case.

The petition for a rehearing is denied.